JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN PAUL CHANGO CASTRO,

     Petitioner,

     v.

MARKWAYNE MULLIN, et al.,

     Respondents.

Case No. 5:26-cv-02025 ADS

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  May 8, 2026       /s/ Autumn D. Spaeth
         THE HONORABLE AUTUMN D. SPAETH
         United States Magistrate Judge